# EXHIBIT "A"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2024-03546 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Fernando Cortes | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Kenco Logistics Services, LLC | 15+ | (815) 277-0415 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 222 Airport Rd | Morris, IL 60450-9350 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 7/2023  Latest: 12/23/2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Fernando Cortes (Mexican, Hispanic) was hired at Kenco Logistics Services, LLC as a forklift operator on or around February 16, 2023, until I was unlawfully terminated on or around December 22, 2023, on the basis of my national origin. I have also been subjected to national origin-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the national origin-based discrimination, national origin-based harassment, and retaliation I was subjected to:

In or around July 2023, I applied for a leadership position that I was told I was "unqualified" for by the supervisor, David Henson (United States, Caucasian). Although, that position was actually handed to a Caucasian employee with no qualifications that showed he was equipped for the job. Then, David, after already declaring me not qualified for the role, instructed me that I would be training this new-hire in the new leadership position. I was stunned and in realization that I was being discriminated against on the basis of my national origin. The disparate treatment would not halt there. Despite my consistent, strong performance, I would be informed that I need "coaching."

In or around October 2023, I applied for a new position but would find my efforts thwarted once more. Not to mention, an employee approached me and asked if I had been applying for positions recently. When I replied that I did, he told me that I "...might want to stop" because he overheard David say, "I don't care how good he is. As long as I'm in charge, I'm going to make sure he never fucking moves up." That same month, an employee, Darneisha (United States, African American), said to me, "You need to get your ass back where you came from." She and another African American employee proceeded to verbally assault and threaten me. I reported this comment to David, but he took no remedial measures. HR was completely unaware of the situation, highlighting the fact that David failed to escalate it. When I told HR of the event that occurred, the representative told me that they were just "playing." From this point on, I experienced a high level of micromanagement and held to a standard that was not applied to non-hispanics.

On or about December 23, 2023, I was abruptly told to go home. When I informed the company during a call that the company favors Caucasian employees and that because I am of the "wrong color" they would refuse to assist, I was informed of my termination by Angela (LNU, United States, Caucasian), an HR representative.

Thus, I have been discriminated against and harassed because of my national origin and retaliated against for engaging in protected activity in violation of the Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 01 / 19 / 2024      [signature]  Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Doc ID: 9222567076d3b6d65a8865ad347e8142fcd39f59

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.