## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO CORTES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-02501 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| KENCO LOGISTICS SERVICES, LLC | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO STAY DEADLINES
### IN LIGHT OF THE PARTIES' SETTLEMENT

Plaintiff Fernando Cortes ("Cortes") and Defendant Kenco Logistic Services, LLC ("Kenco") (improperly named as "Kenco Logistics Services, LLC"), by their respective attorneys, jointly move to stay all deadlines including Kenco's responsive pleading deadline and the parties' joint initial status report deadline in light of the parties' agreement in principle to resolve this action. In support of this joint motion, the parties state as follows:

1. Kenco's response to Cortes' complaint is due by May 24, 2024. *See* ECF No. 12.

2. The parties' joint initial status report is due by June 17, 2024. *See* ECF No. 5.

3. The parties have reached an agreement in principle to amicably resolve this matter, and they are in the process of finalizing a settlement agreement. They anticipate filing with the Court, by June 21, 2024, a joint stipulation or motion for voluntary dismissal.

4. Given the parties' forthcoming joint stipulation or motion for voluntary dismissal, they respectfully request that the Court stay Kenco's responsive pleading deadline and the parties' joint initial status report deadline.

5. Staying these deadlines will promote judicial efficiency, conserve the parties' resources, and not cause prejudice to any party.

WHEREFORE, for the reasons set forth above, Plaintiff Fernando Cortes and Defendant Kenco Logistic Services, LLC respectfully request that this Court enter an order staying Kenco's responsive pleading deadline and the parties' joint initial status report deadline, and granting any additional relief this Court deems just and proper.

Dated: May 22, 2024                                   Respectfully Submitted,

| **FERNANDO CORTES** | **KENCO LOGISTIC SERVICES, LLC** |
|---|---|
| By: */s/ Travis P. Lampert*<br>     One of His Attorneys | By: */s/ Julia Pearce Argentieri*<br>     One of Its Attorneys |
| Travis P. Lampert<br>SULAIMAN LAW GROUP LTD.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Telephone: (630) 568-3056<br>tlampert@sulaimanlaw.com | Julia Pearce Argentieri<br>J. Casey Leech<br>JACKSON LEWIS P.C.<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, Illinois 60601<br>Telephone: (312) 787-4949<br>julia.argentieri@jacksonlewis.com<br>casey.leech@jacksonlewis.com |